## UNITED STATES OF AMERICA
## MERIT SYSTEMS PROTECTION BOARD

| | |
|---|---|
| JENNIFER NEAL,<br>          Appellant, | DOCKET NUMBER<br>AT-0714-20-0742-M-1 |
| v. | |
| DEPARTMENT OF VETERANS<br>     AFFAIRS,<br>          Agency. | DATE:  June 30, 2026 |

# THIS FINAL ORDER IS NONPRECEDENTIAL[1]

Neil Curtis Bonney, Virginia Beach, Virginia, for the appellant.

Joy Warner, Sophia Haynes, and Karla Brown Dolby, Decatur, Georgia, for the agency.

Derrick Grace, Louisville, Kentucky, for the agency.

**BEFORE**

Henry J. Kerner, Vice Chairman
James J. Woodruff II, Member

**FINAL ORDER**

On February 27, 2026, the U.S. Court of Appeals for the Federal Circuit reversed the Board's Final Order in *Neal v. Department of Veterans Affairs*, MSPB Docket No. AT-0714-20-0742-A-1, denying the appellant's request for attorney fees. *Neal v. Department of Veterans Affairs*, 167 F.3d 1381 (Fed. Cir.

---

[1] A nonprecedential order is one that the Board has determined does not add significantly to the body of MSPB case law.  Parties may cite nonprecedential orders, but such orders have no precedential value; the Board and administrative judges are not required to follow or distinguish them in any future decisions.  In contrast, a precedential decision issued as an Opinion and Order has been identified by the Board as significantly contributing to the Board's case law.  *See* 5 C.F.R. § 1201.117(c).

2026).  The Board's Final Order had granted the agency's petition for review, reversed the addendum initial decision (which had granted the appellant $35,075.00 in attorney fees and expenses), and denied the appellant's attorney fee motion.  *Neal v. Department of Veterans Affairs*, MSPB Docket No. AT-0714-20-0742-A-1, Final Order at 1-2 (Apr. 9, 2025); *see Neal v. Department of Veterans Affairs*, MSPB Docket No. AT-0714-20-0742-A-1, Addendum Initial Decision (Jan. 26, 2024).  The Federal Circuit issued its mandate on June 4, 2026.

The parties are hereby notified that to effectuate the court's order, the Board has docketed the instant court remand case as *Neal v. Department of Veterans Affairs*, MSPB Docket No. AT-0714-20-0742-M-1, Remand File (RF).[2] Pursuant to the court's order, the Board now VACATES its April 9, 2025 Final Order, DENIES the agency's petition for review, and AFFIRMS the January 26, 2024 addendum initial decision, which is now the Board's final decision. 5 C.F.R. § 1201.113(b).

## ORDER

We ORDER the agency to pay the attorney of record $35,075.00 in fees. The agency must complete this action no later than 20 days after the date of this decision.  Title 5 of the United States Code, section 1204(a)(2) (5 U.S.C. § 1204(a)(2)).

We also ORDER the agency to tell the appellant and the attorney promptly in writing when it believes it has fully carried out the Board's Order and of the actions it has taken to carry out the Board's Order.  We ORDER the appellant and the attorney to provide all necessary information that the agency requests to help it carry out the Board's Order.  The appellant and the attorney, if not notified, should ask the agency about its progress.  *See* 5 C.F.R. § 1201.181(b).

---

[2] The appellant has filed a pleading titled "Appellant's Motion for Final Order."  RF, Tab 7.  Because the court did not remand any issues to the Board for further proceedings, we did not request additional briefing or submissions from the parties. Accordingly, we will not consider this submission.

No later than 30 days after the agency tells the appellant or the attorney that it has fully carried out the Board's Order, the appellant or the attorney may file a petition for enforcement with the office that issued the initial decision on this appeal, if the appellant or the attorney believes that the agency did not fully carry out the Board's Order. The petition should contain specific reasons why the appellant or the attorney believes the agency has not fully carried out the Board's Order, and should include the dates and results of any communications with the agency. *See* 5 C.F.R. § 1201.182(a).

FOR THE BOARD: _____
Gina K. Grippando
Clerk of the Board

Washington, D.C.